FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 12  PM 12:57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 05-130 (4) |
| BETTY DELOACH | * | SECTION "L" |

### ORDER

On Friday, January 6, 2006, counsel for Defendant Betty DeLoach informed the Court of his intention to withdraw Dr. DeLoach's Motion for Taking of Testimony and Motion for Severance. Accordingly, IT IS ORDERED that Defendant Betty DeLoach's Motion for Taking of Testimony and Motion for Severance are hereby DENIED AS MOOT.

New Orleans, Louisiana, this 12th day of January, 2006.

_____
United States District Judge

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____